UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-11421-GAO

RUDOLF VAN OEVEREN,
Plaintiff,
v.

LOUISVILLE LADDER, INC.,
Defendant.

ORDER
May 28, 2014

O'TOOLE, D.J.

On January 14, 2014, the defendant moved with supporting papers for the entry of summary judgment in its favor. No opposition or other response has been filed to date.

After review of the moving papers, the Court concludes the plaintiff has failed to offer evidence that the ladder implicated in his injury was designed, manufactured or sold by the defendant. The only evidence is to the contrary. Accordingly, there is no genuine issue of material fact to be determined, and the defendant is entitled to judgment in its favor. The motion for summary judgment (dkt. no. 15) is GRANTED. Judgment shall enter in favor of the defendant.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge